**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE,**
Plaintiff,

-against-

**SONY MUSIC PUBLISHING (US) LLC,**
**SONY MUSIC ENTERTAINMENT,**
**SONY CORPORATION OF AMERICA,**
**SONY GROUP CORPORATION, and**
**JOHN DOES 1–10,**

**Defendants.**

Civil Action No. 1:26-cv-05852-UA

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff **Jane Doe**, proceeding **pro se**, respectfully moves for an order permitting Plaintiff to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) and S.D.N.Y. Local Civil Rule 15.1.

In support of this motion, Plaintiff states:

1. Plaintiff commenced this action on or about **7/10/26**.
2. Plaintiff filed an amended complaint on or about **9/3/26**.
3. Plaintiff filed the Second Amended Complaint on **9/25/26**.
4. Defendant has not yet been served with the complaint or amended complaint.
5. Plaintiff seeks leave to file a Third Amended Complaint to **add relevant details**.
6. The proposed amendment is made in good faith and is not sought for purposes of delay.
7. Because Defendant has not yet been served, allowing the amendment will not prejudice Defendant or require Defendant to respond to an earlier pleading.
8. Plaintiff respectfully requests permission to file the Third Amended Complaint along with this motion.

9. Plaintiff will file and serve the Third Amended Complaint in accordance with the Court's order and the applicable rules.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

1. granting Plaintiff leave to file the proposed Third Amended Complaint;
2. directing that Plaintiff file the Second Amended Complaint by **10/1/26**; and
3. granting such other and further relief as the Court deems just and proper.

Dated: **New York, NY**
**10/1/26**

Respectfully submitted,

/s/ **Jane Doe**
**Jane Doe**
**929-794-1241**
**btntrck@gmail.com**
Plaintiff, Pro Se

Application GRANTED. Plaintiff may file a third amended complaint by **October 1, 2026**. Her deadline to serve Defendants remains **October 28, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 21.

Dated: October 1, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE