UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

SONY MUSIC PUBLISHING (US) LLC, et. al.,

Defendants.

26-CV-5852 (JPC) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In response to Plaintiff's October 2, 2026 letter to the Court at ECF 24, the Court confirms that Plaintiff's IFP status entitles her to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP). (*See also* ECF 14, Sept. 8, 2026 Ord. of Serv. at 7-9.)

As such, to allow service of the third amended complaint to proceed, Plaintiff's proposed third amended complaint at ECF 22 is deemed the operative complaint, and the Clerk of Court is respectfully requested to (1) issue summonses for Defendants Sony Music Punishing (UA) LLC, Sony Music Entertainment, Sony Corporation of America, and Sony Group Corporation; (2) complete the USM-285 forms with the service of addresses for these

[1] Plaintiff is reminded that if the third amended complaint will not be served on Defendants by the October 28, 2026 deadline, it is Plaintiff's responsibility to request an extension of the deadline. See *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); see also *Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).")

Defendants; and (3) deliver all documents necessary to effect service of the summonses and the third amended complaint (ECF 22) on these Defendants to the USMS.

DATED: October 5, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**