UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

SONY MUSIC PUBLISHING (US) LLC, et. al.,

Defendants.

26-CV-5852 (JPC) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The pending motion to stay service (ECF 28) is DENIED. Whether Plaintiff's case proceeds in this District or another federal district court located in the State of New York, she will be required to effect service within the same legal framework. Therefore, her assertion that "[r]esolving transfer before requiring service may avoid potentially unnecessary service-related expense and duplicative procedural steps if transfer is granted" (ECF 28 at 2) is mistaken.

The Clerk of Court is respectfully requested to terminate ECF 28.

DATED: October 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**