UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

SONY MUSIC PUBLISHING (US) LLC, et. al.,

Defendants.

26-CV-5852 (JPC) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 18, 2026, in granting Plaintiff's motion for leave to file a second amended complaint, and on October 1, 2026, in granting Plaintiff's motion for leave to file a third amended complaint, I stated that Plaintiff's deadline to serve Defendants with the operative complaint was October 28, 2026. (ECF 18.) However, my original Order of Service stated that Plaintiff's deadline to serve Defendants would be extended until 90 days after the issuance of the summons (ECF 14 at 7 n.4), which occurred on September 11, 2026. (ECF 15.) Accordingly, Plaintiff's deadline to serve the Third Amended Complaint is **December 10, 2026**.

DATED: October 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**