UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-v-

SONY MUSIC PUBLISHING (US) LLC, SONY MUSIC ENTERTAINMENT, SONY CORPORATION OF AMERICA, SONY GROUP CORPORATION, and JOHN DOES 1-10,

Defendants.

26 Civ. 5852 (JPC) (BCM)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 13, 2026, Plaintiff filed a motion to stay service pending resolution of her impending motion to transfer this action to the Eastern District of New York, or, alternatively, to extend service until thirty days after the motion to transfer is resolved. Dkt. 28. On the same day, the Honorable Robyn F. Tarnofsky, to whom this case is referred for supervision of pretrial proceedings and to issue a report and recommendation on any dispositive motions, denied the motion. Dkt. 29. The following day, Plaintiff filed a motion to transfer this action to the Eastern District of New York. Dkt. 30. The day after that, on October 15, 2026, Plaintiff filed objections to Judge Tarnofsky's denial of her motion to stay service. Dkt. 31. On October 22, 2026, Judge Tarnofsky explained that, pursuant to her prior order of September 8, 2026, Dkt. 14 at 7 n.4, Plaintiff's deadline to serve the Third Amended Complaint is December 10, 2026. On October 26, 2026, Judge Tarnofsky denied Plaintiff's motion to transfer. Dkt. 33.

Because Judge Tarnofsky has decided Plaintiff's motion to transfer and the deadline for Plaintiff to serve the Third Amended Complaint is more than thirty days after resolution of her motion to transfer, Plaintiff's objections to Judge Tarnofsky's denial of her motion to stay service

are denied as moot.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge